# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:24-cv-09196-SVW-MAR | Date | April 24, 2025 |
|---|---|---|---|
| Title | Malka Grimberg et al v. Macys, Inc. et al | | |

## JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

On March 18, 2025, the Court issued an order granting plaintiffs thirty days to amend their complaint.

Contra to the order, the plaintiffs filed a Motion for Oral Hearing [20], seeking to argue a motion which was denied.

For failing to comply with the Court's order, the Court orders the case dismissed.

| | : |
|---|---|
| Initials of Preparer | PMC |